

| | | | |
|---|---|---|---|
| K.L.W. v. C.J.W. . . . . . . . . . . . . . . . . . . . . | 708 EDA 2016<br>Affirmed | 12/23/2016 | No. 2015–05718<br>(Chester) |
| Titan Outdoor LLC v. Bellevue Media<br> Group LLC . . . . . . . . . . . . . . . . . . . . . . . . | 1670 EDA 2016<br>Affirmed | 12/23/2016 | November Term, 2015<br>No. 03492<br>(Philadelphia) |
| In the Interest of: Y.J.M. . . . . . . . . . . . . . . | 2270 EDA 2016<br>Affirmed | 12/23/2016 | CP–51–AP–0000713–<br>2015<br>(Philadelphia) |
| In the Interest of: T.L.M. . . . . . . . . . . . . . . | 2272 EDA 2016<br>Affirmed | 12/23/2016 | CP–51–AP–0000714–<br>2015<br>(Philadelphia) |
| Com. v. Davis . . . . . . . . . . . . . . . . . . . . . . . | 2016 MDA 2015<br>Affirmed | 12/23/2016 | CP–40–CR–0000560–<br>2015<br>(Luzerne) |
| Com. v. Daugherty [24] . . . . . . . . . . . . . . . . | 2073 MDA 2015<br>Affirmed | 12/23/2016 | CP–36–CR–0000707–<br>2013<br>(Lancaster) |
| Com. v. Cunningham . . . . . . . . . . . . . . . . | 2111 MDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 12/23/2016 | CP–40–MD–0000745–<br>2015<br>(Luzerne) |
| Com. v. Cunningham . . . . . . . . . . . . . . . . | 2281 MDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 12/23/2016 | CP–40–MD–0000745–<br>2015<br>(Luzerne) |
| Com. v. Ferguson . . . . . . . . . . . . . . . . . . . | 203 MDA 2016<br>Affirmed | 12/23/2016 | CP–22–CR–0001353–<br>1996<br>CP–22–CR–0001354–<br>1996<br>CP–22–CR–0001355–<br>1996<br>(Dauphin) |
| Com. v. Peoples . . . . . . . . . . . . . . . . . . . . . . | 376 MDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 12/23/2016 | CP–35–CR–0000337–<br>2004<br>(Lackawanna) |
| Com. v. Cruz . . . . . . . . . . . . . . . . . . . . . . . | 447 MDA 2016<br>Affirmed | 12/23/2016 | CP–22–CR–0004936–<br>2015<br>(Dauphin) |
| Com. v. LeBlanc . . . . . . . . . . . . . . . . . . . . . | 548 MDA 2016<br>Affirmed | 12/23/2016 | CP–36–CR–0003488–<br>2008<br>(Lancaster) |
| Com. v. Breiner . . . . . . . . . . . . . . . . . . . . . . | 701 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 12/23/2016 | CP–06–CR–0005748–<br>2015<br>(Berks) |

**24.** Petition for reargument denied January 27, 2017.